

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 13-90222

CV08-4578-E

BOLLINGER SHIPYARDS LOCKPORT, L.L.C.,

    Plaintiff - Petitioner

v.

HUNTINGTON INGALLS, INCORPORATED, formerly known as Northrop Grumman Ship Systems, Incorporated,

    Defendant - Respondent

Motion for Leave to Appeal
from an Interlocutory Order

Before HIGGINBOTHAM, CLEMENT, and GRAVES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court of the Eastern District of Louisiana, New Orleans, entered on September 25, 2013, is DENIED.

United States Court of Appeals
Fifth Circuit
**FILED**
February 14, 2014
Lyle W. Cayce
Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.____

A true copy    14 FEB 2014
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
    Deputy
New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 14, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-90222    Bollinger Shipyards Lockport v. Huntington Ingalls, Inc.  
                        USDC No. 2:08-CV-4578

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Dantrell L. Johnson, Deputy Clerk  
                              504-310-7689

Mr. Michael Vincent Bernier  
Mr. William W. Blevins  
Mr. Brooks Eason  
Mr. Patrick Johnson, Jr.  
Ms. Amelia Williams Koch